# NO. 12-24-00114-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *BARNEY JOE DONALSON, JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
## PER CURIAM

Barney Joe Donalson, Jr., acting pro se, filed this original proceeding to complain of Respondent, Van Zandt County Clerk Susan Strickland's failure and refusal to record an executed, notarized affidavit of unknown cemetery.[1]

This Court's mandamus authority is limited to (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Texas Code of Criminal Procedure Chapter 52 in the court of appeals district; (3) an associate judge of a district or county court appointed by a judge under Chapter 201, Family Code, in the court of appeals district for the judge who appointed the associate judge; or (4) a situation in which a writ of mandamus is necessary to protect the Court's jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2005). The County Clerk is not a judge over which this Court possesses mandamus authority. *In re Buckner*, No. 12-23-00323-CV, 2024 WL 110690, at *1 (Tex. App.—Tyler Jan. 10, 2024, orig. proceeding) (per curiam) (mem. op.); *In re Emerson*, Nos. 12-20-00068-CR & 12-20-00069-CR, 2020 WL 1536510, at *2 (Tex. App.—Tyler Mar. 31, 2020, orig. proceeding) (mem.

---

[1] Relator does not identify a Real Party in Interest and the record does not demonstrate the identity of any Real Party in Interest.

op.); *see **In re Dotson***, No. 12-20-00205-CV, 2020 WL 5552626 (Tex. App.—Tyler Sept. 16, 2020, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus proceeding against district clerk for want of jurisdiction). Nor does the record demonstrate that issuance of a writ of mandamus against the County Clerk is necessary to protect this Court's jurisdiction. *See generally **In re Vargas***, No. 01-12-00351-CV, 2012 WL 1454550, at *1 (Tex. App.—Houston [1st Dist.] Apr. 26, 2012, orig. proceeding) (mem. op) (per curiam) (dismissing mandamus proceeding against district clerk for want of jurisdiction because addressing complaint that clerk refused to file petition was not necessary to enforce appellate court jurisdiction). Accordingly, we **deny** Relator's petition for writ of mandamus.

Opinion delivered May 8, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

MAY 8, 2024

NO. 12-24-00114-CV

**BARNEY JOE DONALSON, JR.,**
Relator
V.

**SUSAN STRICKLAND,**
Respondent

---

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Barney Joe Donalson, Jr.; who is the relator in appellate cause number 12-24-00114-CV. Said petition for writ of mandamus having been filed herein on April 29, 2024, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **denied**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*